UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL BLACKWELL, | Case No. 1:26-cv-00342-HBK |
| Plaintiff, | ORDER TO STRIKE MOTION |
| v. | (Doc. 2) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, M. BROOKS, and DR. DUONG, | |
| Defendants. | |

Plaintiff, a prisoner, initiated this action by filing a pro se civil rights complaint on January 16, 2026. (Doc. 1). Plaintiff accompanied his complaint with a pleading titled "Motion to Open Separate Case and Correct Clerical Error." (Doc. 2). The pleading is unsigned and undated. (*See id.*).

Rule 11 requires all pleadings, written motions, and other papers to be signed by at least one attorney of record or by a party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); *see also* E.D. Ca. Local Rule 131(b). "The Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(b).

Nonetheless, upon cursory review of the motion, it appears at some point Plaintiff had submitted two separate complaints concerning the same issue that occurred at two different

institutions which were filed in the same action and Plaintiff was requesting that they be filed in separate actions. Only one complaint concerning events that allegedly occurred at Corcoran State Prison was filed by the Clerk in the instant action. Plaintiff paid the $405.00 filing fee to proceed in this action. (receipt no. 100007269).

Accordingly, it is **ORDERED**:

1. The Clerk is directed to STRIKE Plaintiff's unsigned motion (Doc. 2).

2. The Court will screen Plaintiff's complaint in due course.

3. Plaintiff shall return the Consent/Decline to Magistrate Judge jurisdiction form (Doc. 3-1) within twenty-one (21) days of receipt of this Order.

Dated:    March 3, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE