UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARVEL BLACKWELL,

              Plaintiff,

     v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
M. BROOKS, and DR. DUONG,

              Defendants.

Case No.  1:26-cv-00342-HBK

ORDER GRANTING MOTION TO
CORRECT CAPTION

(Doc. 7)

      Plaintiff filed a motion on March 19, 2026, seeking to correct the case caption, asserting that his name is incorrectly listed on the docket.  Specifically, the caption identifies Plaintiff's first name as "Darrell" rather than "Darvel." (Doc. 7).  The Court finds good cause to grant the motion and will direct the Clerk of Court to amend the caption to reflect Plaintiff's correct name.

      Accordingly, it is ORDERED:

      Plaintiff's motion (Doc. 7) is GRANTED, and the Clerk of Court shall amend the caption to reflect Plaintiff's name as "Darvel Blackwell."

Dated:  ___May 6, 2026___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE