UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARVEL BLACKWELL,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION and M. BROOKS,

Defendants.

Case No. 1:26-cv-00342-HBK (PC)

ORDER DEFERRING RULING ON DEFENDANT'S MOTION TO DISMISS

(Doc. 20)

On September 29, 2026, the Court stayed this case, referred it to early ADR, and ordered no motions to be filed without leave of the Court. (Doc. 19). Later, that same day, Defendant, the California Department of Corrections and Rehabilitation ("CDCR"), filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

Accordingly, IT IS ORDERED:

1. A ruling on Defendant CDCR's motion to dismiss is DEFERRED until the stay in this matter is lifted.

2. Plaintiff need not respond to CDCR's motion to dismiss until further order by the Court.

3. If Defendant CDCR opts out of early ADR, it must specify whether Defendant M.

Brooks also opts out.

3. After the stay in this matter is lifted, if the claims against Defendant CDCR remain pending, the Court will set a briefing schedule for the deferred motion to dismiss

Dated: October 2, 2026

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE